```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 11-9592 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Glenn B. Hicks, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Glenn B. Hicks, in the principal amount of $2,233.07 plus interest accrued to November 16, 2011, in the sum of $1,130.85; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**3,363.92**.

DATED: 1/26/2012        By: _____Terry Nafisi_____
                              Clerk of the Court


                              _____A. Martinez_____
                              Deputy Clerk
                              United States District Court

Page 5